IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/A NO. 0:07-558-CMC-JRM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | **GRANTING SUMMARY JUDGMENT** |
| | ) | |
| BOBBY L. BLACKMON, JR., | ) | |
| AMANDA C. BLACKMON, | ) | |
| WILLIAMS FINANCIAL SERVICES, | ) | |
| AND COUNTY OF LANCASTER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This foreclosure matter is before the court on Plaintiff's motion for summary judgment against Defendants Bobby L. Blackmon, Jr., and Amanda C. Blackmon (collectively "Blackmons"). Default has already been entered as to Defendants Williams Financial Services and County of Lancaster.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(e), DSC, this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pre-trial proceedings and a Report and Recommendation. On March 18, 2008, the Magistrate Judge issued a Report recommending that summary judgment be granted against the Blackmons. The Magistrate Judge advised the Blackmons of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if they failed to do so. Despite this notice, the Blackmons have failed to file objections and the time for doing so has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo*

determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made.  The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b).  The court reviews the Report and Recommendation only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation") (citation omitted).

After reviewing the record of this matter, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court agrees with the conclusions and reasoning of the Magistrate Judge.  Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order and grants Plaintiff's motion for summary judgment against Defendants Bobby L. Blackmon, Jr., and Amanda C. Blackmon.

In light of the earlier entry of default as to Defendants Williams Financial Services and County of Lancaster, this matter is now ripe for entry of a decree of foreclosure.   Plaintiff is, therefore, directed to submit a proposed decree within ten days of entry of this order.

**IT IS SO ORDERED.**

S/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 8, 2008